## ** CIVIL MOTION MINUTES **

Date: 1/17/2014                                  Judge: Hilton
                                                 Court Reporter: T. Westfall
Time: 10:00 – 10:12

Civil Action Number: 1:13cv00907

Catherine Gierbolini v. Science Applications International Corporation

Appearances of Counsel for:   ☒ Pro Se Plaintiff      ☒ Defendant

Motion to/for:
Dft's [11] Motion to Dismiss

Argued &
☒ Granted, Case Dismissed.      ☐ Denied        ☐ Granted in Part/Denied
in Part
☐ Taken Under Advisement        ☐ Continued to:

☒ Order to follow