## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| CATHERINE GIERBOLINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-907 |
| ) | |
| LEIDOS HOLDINGS, INC., ) | |
| F/K/A SCIENCE APPLICATIONS ) | |
| INTERNATIONAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss.

For reasons stated from the Bench, it is hereby

ORDERED that the Defendant's Motion to Dismiss is GRANTED, and this case is DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
January 17, 2014